# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-05043-01-CR-SW--BP |
| | ) | |
| KENNETH SCOTT MCKEE, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Marilyn B. Keller of Wyrsch Hobbs & Mirakian, P.C., and hereby enters her appearance as co-counsel on behalf of the defendant, Kenneth Scott McKee, in the above-referenced matter.

Respectfully submitted,

WYRSCH HOBBS & MIRAKIAN, P.C.

By:     /s/ Marilyn B. Keller
      MARILYN B. KELLER  #39179
      One Kansas City Place
      1200 Main St., Suite 2110
      Kansas City, Missouri 64105
      Tel:   (816) 221-0080
      Fax:   (816) 221-3280
      mbkeller@whmlaw.net

*ATTORNEYS FOR DEFENDANT*

1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 8th day of November, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all counsel of record.


     /s/ Marilyn B. Keller

     *Attorney for Defendant*