# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 18-05043-01-CR-SW-SRB |
| KENNETH SCOTT MCKEE, | ) ) ) |
| Defendant. | ) |

## ORDER

Before the Court is Defendant's Waiver of Appearance at Arraignment. (Doc. 35.) In the waiver, Defendant asserts the following:

(1) he waives his appearance at an arraignment;
(2) he has received a copy of the First Superseding Indictment; and
(3) he enters a plea of not guilty to all charges alleged in the First Superseding Indictment.

The waiver is signed by both Defendant and his attorney.

Upon review, pursuant to Fed. R. Crim. P. 10(b), the Court accepts the waiver. Defendant does not need to be present for arraignment on the First Superseding Indictment, and pleas of not guilty are entered on his behalf as to each count in which he is charged in the First Superseding Indictment.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: July 10, 2019